

# NUMBER 13-08-00067-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**RED RIVER SERVICE CORPORATION
AND RICARDO ESPERANZA,** Appellants,

**v.**

**ANTONIO CRUZ FLORES - VENEGAS, ET AL.,** Appellees.

---

### On Appeal from the 103rd District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Vela
Memorandum Opinion Per Curiam**

Appellants, Red River Service Corporation and Ricardo Esperanza, have filed a notice of settlement with this Court. According to the notice, the parties have reached a settlement regarding the matters at issue in this appeal, and accordingly, desire to withdraw their notice of appeal.

The Court, having considered the documents on file and the motion to withdraw the notice of appeal, is of the opinion that the motion should be granted.  *See* TEX. R. APP. P. 42.1(a).  The motion to withdraw the appeal is granted, and the appeal is hereby DISMISSED.  Costs will be taxed against appellant.  *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").  Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered
and filed this the 13th day of March, 2008.